Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Derek Linke, State Bar No. 302724
*linke@newmanlaw.com*
NEWMAN LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Stevan H. Lieberman (pro hac vice)
*stevan@aplegal.com*
GREENBERG & LIEBERMAN
1775 Eye Street NW Suite 1150
Washington, DC 20006
Phone: (202) 625-7000
Facsimile: (202) 625-7001

Counsel for Plaintiff and Counterclaim Defendant
Topical Branding LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TOPICAL BRANDING LLC, a California Limited Liability Company,

Plaintiff,

v.

ADAM AMBRUSO, an individual, and THE YOUNGER GROUP LLC, a Wyoming Limited Liability Company,

Defendant.

Case No. 2:25-cv-03047-HDV-SK

**DECLARATION OF DEREK LINKE IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Date: March 5, 2026
Time: 10:00 a.m.
Courtroom: 5B

The Honorable Hernàn D. Vera

I, Derek Linke, swear under penalty of perjury under the laws of the United States to the following:

1. I am an attorney with Newman LLP (the "Firm"), counsel of record in this action for Plaintiff Topical Branding LLC, and make this declaration on the basis of personal knowledge.

2. On April 3, 2025, Topical Branding and the Firm entered an engagement agreement under which Topical Branding retained the Firm to represent it as local counsel for Greenberg & Lieberman in connection with representing it in this action.

3. Under the engagement agreement, the Firm and Topical Branding agreed that the Firm would take direction from Greenberg & Lieberman, who would be primarily responsible for overseeing the case.

4. Cameron Preston executed the engagement agreement on behalf of Topical Branding as its principal.

5. Topical Branding has not complied with its payment obligations under the engagement agreement and has represented to both the Firm and Greenberg & Lieberman that it does not intend to do so with respect to either firm.

6. In early January 2026, Greenberg & Lieberman provided notice to Topical Branding of its intent to withdraw, which Mr. Preston confirmed to the Firm.

7. On January 6, 2026, the Firm notified Mr. Preston in writing that the Firm also intended to withdraw and that as a company, Topical Branding cannot represent itself in this action.

8. It advised in writing that Topical Branding should retain substitute counsel and that if it did not do so, the Firm would move to withdraw.

9. On January 13, 2026, having not been advised that Topical Branding had obtained substitute counsel, the Firm again wrote to Mr. Preston to advise that it would proceed with moving to withdraw as soon as January 19, 2026 unless Topical

Branding retained new counsel prepared to substitute in.

10. Mr. Preston acknowledged, in writing, the Firm and Greenberg & Lieberman's plans to withdraw.

11. As of the filing of this motion, Topical Branding has neither complied with its payment obligations under the engagement agreement nor retained substitute counsel.

12. The Firm will provide Topical Branding with a copy of this motion upon filing it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2026

/s/ Derek Linke
Derek Linke