**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TOPICAL BRANDING LLC, a California Limited Liability Company,

Plaintiff,

v.

ADAM AMBRUSO, an individual, and THE YOUNGER GROUP LLC, a Wyoming Limited Liability Company,

Defendants.

Case No. 2:25-cv-03047-HDV-SK

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

The Honorable Hernán D. Vera

This matter came before the Court on the Motion for Leave to Withdraw as Counsel for plaintiff and counterclaim defendant Topical Branding LLC by Derek A. Newman and Derek Linke of Newman LLP and Stevan H. Lieberman of Greenberg & Lieberman ("Motion"). Having reviewed the Motion, it appears to the Court that the relief prayed for should be granted and good cause exists, therefor. The Motion is GRANTED as follows:

1. Derek A. Newman and Derek Linke of Newman LLP are relieved as counsel of record for Plaintiff in this matter.

2. Stevan H. Lieberman of Greenberg & Lieberman is relieved as counsel of record for Plaintiff in this matter.

3. Newman LLP is ordered to give notice to Plaintiff forthwith.

**IT IS SO ORDERED.**

Dated: March 6, 2026

HON. HERNÁN D. VERA
United States District Judge